# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-4 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| RICHARD T. ALLEN, JR. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

On July 11, 2019, Magistrate Judge Christopher H. Steger filed a Report and Recommendation (Doc. 98) pursuant to 28 U.S.C. § 636(b)(1). In his Report and Recommendation, Magistrate Judge Steger recommended that Defendant's amended motion to suppress (Doc. 84) be denied. (Doc. 355, at 22.) Defendant did not file timely objections to Magistrate Judge Steger's Report and Recommendation. Nonetheless, the Court has reviewed the record in this matter, and it agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law, and Defendant's motion to suppress (Doc. 84) is hereby **DENIED**.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**